LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARY LEE LYTLE,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  v.   )<br>  )<br>MICHAEL J. ASTRUE,   )<br>Commissioner Of Social Security,   )<br>  )<br>  Defendant.   ) | No.  EDCV 10-1971 JC<br><br>ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FIVE HUNDRED TWENTY FIVE DOLLARS AND 45/100 ($1,525.45) subject to the terms of the stipulation.

DATE:  December 27, 2011            _____/s/_____
                                    HON. JACQUELINE CHOOLJIAN
                                    UNITED STATES MAGISTRATE JUDGE

-1-